UNITED STATES OF AMERICA

DISTRICT COURT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 03-CR-51-CFD |
| TIMOTHY C. SPAYNE. | |

## **MOTION FOR ENLARGEMENT OF TIME**

Pursuant to D.Conn.L.Cr.R. 1(c), the Defendant in the above-captioned matter, Timothy Spayne, respectfully requests that this Court enlarge the time for jury selection. In support of this motion, Mr. Spayne states there is good cause for granting his request because:

1.    Mr. Spayne is seriously ill with a potentially fatal form of cancer, and due to chemotherapy treatments has been too ill to meet with counsel and/or participate in his defense;

2.    This case has been indefinitely continued due to the health of Mr. Spayne;

3.    Counsel for Mr. Spayne have been forwarding medical updates to United States District Judge Christopher F. Droney and Assistant United States Attorney Maria Kahn, as ordered.

4.    Assistant United States Attorney Maria Kahn does not oppose this motion.

5.    Mr. Spayne hereby waives his rights under the Speedy Trial Act, Title 18, United States Code Section 3161, et seq., and the speedy trial provisions of the Sixth Amendment of the United States Constitution for the excludable period of time set forth in the Defendant's Waiver.

WHEREFORE, the Defendant, through his counsel, respectfully requests that this

Court allow an enlargement of time for jury selection indefinitely or until such time that

Mr. Spayne is able to fully participate in his own defense.

Respectfully Submitted,
TIMOTHY C. SPAYNE,
The Defendant,

By his Attorneys,

__ /s/ Richard M. Egbert_____
Richard M. Egbert, No. 24625
Patricia A. DeJuneas, No. 23905
Law Office Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
617.737.8222

Dated:  December 13, 2004

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, do hereby certify that I caused the foregoing Motion for
Enlargement of Time, by first class mail, this 13th day of December 2004, on the
following parties:

Maria A. Kahn, AUSA
United States Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT  06510

__ /s/ Richard M. Egbert_____
Richard M. Egbert