UNITED STATES OF AMERICA FILED

DISTRICT COURT OF CONNECTICUT

2005 FEB -9 P 3: 03

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 03-CR-51-CFD |
| TIMOTHY C. SPAYNE. | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEDICAL UPDATE

Now comes the Defendant, Timothy Spayne, and respectfully requests the court grant an enlargement of time to file medical update. Counsel has been in contact with Mr. Spayne's current physician, Dr. Jeffrey Clark for the past two weeks to request a letter of medical update and as of this date, Dr. Clark has failed to comply with our request. Therefore, we respectfully request an enlargement of time of two weeks or until February 18, 2005 to file a medical update.

WHEREFORE, the Defendant, through his counsel, respectfully requests that this Court grant his Motion For Enlargement of Time to File Medical Update until February 18, 2005.

Respectfully Submitted,
TIMOTHY C. SPAYNE,
The Defendant,

By his Attorneys,

Richard Egbert FEH

Richard M. Egbert, No. 24625
Patricia A. DeJuneas, No. 23905
Law Office Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
617.737.8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, do hereby certify that I caused the foregoing Motion for Enlargement of Time to File Medical Update, by first class mail, this 4th day of February 2005, on the following parties:

Maria A. Kahn, AUSA
United States Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT  06510

Richard M. Egbert