UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 16  A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA    :
                            :
         v.                 : Case No. 3:03CR51 (CFD)
                            :
                            : February 14, 2005
                            :
TIMOTHY C. SPAYNE           :

### UNITED STATES' MOTION TO DISMISS THE INDICTMENT

The Government has been notified of Attorney Timothy Spayne's passing and respectfully moves to dismiss the pending criminal indictment filed in this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MARIA A. KAHN
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 23rd Floor
New Haven, Connecticut  06510
(203) 821-3700
FEDERAL BAR NUMBER  ct06573

Case 3:03-cr-00051-CFD     Document 43     Filed 02/16/2005     Page 2 of 2

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been sent via facsimile and first class mail, postage prepaid, this 14th day of February, 2005, to:

Richard M. Egbert, Esq.
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110

MARIA A. KAHN
ASSISTANT UNITED STATES ATTORNEY