UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 16  A 11: 02

U.S. DISTRICT COURT
FORD. CT.

UNITED STATES OF AMERICA          :
                                  :
                                  : Case No. 3:03CR51 (CFD)
           v.                     :
                                  : February 14, 2005
                                  :
TIMOTHY C. SPAYNE                 :

### UNITED STATES' MOTION TO DISMISS THE INDICTMENT

The Government has been notified of Attorney Timothy

Spayne's passing and respectfully moves to dismiss the pending

criminal indictment filed in this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MARIA A. KAHN
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 23rd Floor
New Haven, Connecticut  06510
(203) 821-3700
FEDERAL BAR NUMBER  ct06573