UNITED STATES OF AMERICA
DISTRICT COURT OF CONNECTICUT

FILED

2005 MAR 28 A 9:13

DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA,

v.

TIMOTHY C. SPAYNE.

CRIMINAL NO. 03-CR-51-CFD

## MOTION TO RELEASE BOND

NOW comes Richard M. Egbert, on behalf of Timothy C. Spayne, and moves this Honorable Court to order the release of the bond posted in the above entitled matter in that the case has now been dismissed. Further, counsel seeks an Order to the Clerk of the United States District Court for the District of Connecticut that it return the bond package consisting of:

1. An executed Escrow Agreement;

2. An executed Agreement to Forfeit Property;

3. An executed Warranty Deed from Timothy Spayne to the United States of America..

WHEREFORE, counsel for Defendant respectfully requests that this Court grant his Motion for Release of Bond.

Respectfully Submitted,
Counsel for Defendant

TIMOTHY C. SPAYNE,

*Richard Egbert /PA*
Richard M. Egbert, No. 24625
Patricia A. DeJuneas, No. 23905
Law Office Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
617.737.8222

## **CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, do hereby certify that I caused the foregoing document to be served, by first class mail, this 24th day of March, 2005, on the following parties:

Maria A. Kahn, AUSA
United States Attorney's Office
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT 06510

                                                     */s/ Richard Egbert*
                                                     Richard M. Egbert

UNITED STATES OF AMERICA

DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY C. SPAYNE. | CRIMINAL NO. 03-CR-51-CFD |

### ORDER

It is hereby ORDERED that the Clerk of the United States District Court, District of Connecticut, return these items to counsel:

1. An executed Escrow Agreement;
2. An executed Agreement to Forfeit Property;
3. An executed Warranty Deed from Timothy Spayne to the United States of America.

Dated: _____                              _____