UNITED STATES OF AMERICA
DISTRICT COURT OF CONNECTICUT

FILED

2005 MAR 28  A  9: 53

DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA,

v.

TIMOTHY C. SPAYNE.

CRIMINAL NO. 03-CR-51-CFD

### MOTION TO RELEASE BOND

NOW comes Richard M. Egbert, on behalf of Timothy C. Spayne, and moves this

Honorable Court to order the release of the bond posted in the above entitled matter in that the

case has now been dismissed.  Further, counsel seeks an Order to the Clerk of the United States

District Court for the District of Connecticut that it return the bond package consisting of:

1.    An executed Escrow Agreement;

2.    An executed Agreement to Forfeit Property;

3.    An executed Warranty Deed from Timothy Spayne to the United States of

America..

WHEREFORE, counsel for Defendant respectfully requests that this Court grant his

Motion for Release of Bond.

Counsel, absent objection.
So ordered.
[signature] 4/7/05

2005 APR -7  P 3: 52
US DISTRICT COURT
HARTFORD CT

Respectfully Submitted,
Counsel for Defendant

TIMOTHY C. SPAYNE,

*Richard Egbert / RA*
Richard M. Egbert, No. 24625
Patricia A. DeJuneas, No. 23905
Law Office Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
617.737.8222