UNITED STATES OF AMERICA

DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY C. SPAYNE. | CRIMINAL NO. 03-CR-51-CFD |

**ORDER**

It is hereby ORDERED that the Clerk of the United States District Court, District of Connecticut, return these items to counsel:

1. An executed Escrow Agreement;

2. An executed Agreement to Forfeit Property;

3. An executed Warranty Deed from Timothy Spayne to the United States of America.

Dated: 4/7/05